FILED

14 JUN 13 PM 1:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HASTY, an individual, and KAREN HASTY, an individual,<br><br>                                      Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., MARIN CONVEYANCING CORPORATION; et al.,<br><br>                                      Defendants. | CASE NO. 14-CV-0188 BEN (DHB)<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>**(2) REMANDING ACTION TO STATE COURT**<br><br>[Docket No. 6] |

Presently before the Court is Defendants GreenPoint Mortgage Funding, Inc. and Marin Conveyancing Corp.'s Motion to Dismiss. (Docket No. 6.) For the reasons stated below, the Motion is **GRANTED** and this action is **REMANDED** to state court.

## BACKGROUND

This mortgage foreclosure action was originally filed in the Superior Court of California for the County of San Diego. The Complaint alleged: (1) lack of standing to foreclose; (2) fraud in the concealment; (3) fraud in the inducement; (4) intentional infliction of emotional distress; (5) quiet title; (6) slander of title; (7) declaratory relief; (8) violations of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et. seq.*; (9) violations of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601;

14CV0188

1  (10) recission; and (11) injunctive relief. On January 27, 2014, GreenPoint and Marin

2  Conveyancing removed the action based on federal question jurisdiction. (Notice of

3  Removal at 2.)   Presently before this Court is Defendants GreenPoint and Marin

4  Conveyancing's Motion to Dismiss.

5  **DISCUSSION**

6      Defendants move to dismiss all claims.  Plaintiffs concede that their two federal

7  claims—violation of TILA and violation of RESPA—are insufficiently pled.

8  Accordingly, these claims are **DISMISSED**.

9      The remainder of Plaintiffs' claims are state law claims.  Because the Court has

10  federal question jurisdiction over this action, the Court has discretion over whether to

11  exercise supplemental jurisdiction over the state law claims.

12      "[P]endent jurisdiction is a doctrine of discretion, not of plaintiff's right."  *City*

13  *of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 172 (1997) (internal quotation

14  marks omitted).  A district court may decline to exercise supplemental jurisdiction over

15  a state law claim if:

16
17  (1) the claim raises a novel or complex issue of State law, (2) the claim
    substantially predominates over the claim or claims over which the
18  district court has original jurisdiction, (3) the district court has dismissed
    all claims over which it has original jurisdiction, or (4) in exceptional
19  circumstances, there are other compelling reasons for declining
    jurisdiction.

20
21  28 U.S.C. § 1367(c).  "[I]n the usual case in which all federal-law claims are eliminated

22  before trial, the balance of factors to be considered under the pendent jurisdiction

23  doctrine—judicial economy, convenience, fairness, and comity—will point toward

24  declining to exercise jurisdiction over the remaining state-law claims."  *Carnegie-*

25  *Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988).

26      Because the two federal claims have been dismissed, the Court has dismissed all

27  claims over which it has original jurisdiction.  In addition, the principles of economy,

28  convenience, fairness, and comity weigh toward declining to exercise supplemental

jurisdiction over the remaining claims, as this action is in its infancy.  Accordingly, the

1  Court declines to exercise supplemental jurisdiction over the state law claims.

2  **CONCLUSION**

3  For the foregoing reasons, the Motion to Dismiss is **GRANTED.**  The claims

4  arising under federal law are **DISMISSED**. This action is **REMANDED** to the

5  Superior Court of California for the County of San Diego.

6  **IT IS SO ORDERED.**

7

8  DATED: June /    , 2014

9  HON. ROGER T. BENITEZ
   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14CV0188